Matter of DiFlorio v Heisler

2026 NY Slip Op 02566

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF DANA DIFLORIO, PETITIONER-RESPONDENT,

v

JOHN HEISLER, III, RESPONDENT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

304 CAF 24-02030

Present: Lindley, J.P., Curran, Ogden, Nowak, And Delconte, JJ.

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (THOMAS R. BABILON OF COUNSEL), FOR RESPONDENT-APPELLANT.

Appeal from an order of the Family Court, Onondaga County (Diane E. Plumley, J.), entered November 27, 2024, in a proceeding pursuant to Family Court Act article 4. The order, among other things, granted petitioner's written objection to an order of the support magistrate entered October 7, 2024.

[*1]

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court